**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 08-6179

_____

KEVIN DEWAYNE GRAHAM,

                Plaintiff - Appellant,

     v.

GERALD K. WASHINGTON, Chief Warden; J. HARMON, Inmate Hearing
Officer; LIEUTENANT LE'SUEUR, Investigator; L. HARPER,
Internal Affairs Agent; H. DIGGS, Warden; J. KIMBRIEL,
Inspector General; R.K. DENT, Senior Assistant Chief
Investigator; N.K. BROUGHTON, Chief Special Investigator,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, District
Judge.  (7:07-cv-00381-sgw-mfu)

_____

Submitted:  June 6, 2008         Decided:  June 18, 2008

_____

Before MICHAEL and MOTZ, Circuit Judges, and WILKINS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Kevin DeWayne Graham, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin DeWayne Graham appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) action pursuant to 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Graham v. Washington, No. 7:07-cv-00381-sgw-mfu (W.D. Va. Dec. 31, 2007). We deny Graham's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED